JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Fax: (702) 382-8135
Email: jrugg@bhfs.com

*Attorneys for Defendant Volkswagen Group of America, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM SCHWARTZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> VOLKSWAGEN GROUP OF AMERICA, INC., A New Jersey Corporation, <br><br> Defendant. | CASE NO.: 2:15-cv-1980-JCM-VCF <br><br><br> **STIPULATION AND ORDER** |

Pursuant to Local Rule 7-1, Defendant Volkswagen Group of America, Inc. ("VWGoA"), through its counsel, Brownstein Hyatt Farber Schreck, LLP, and Plaintiff Adam Schwartz ("Plaintiff") by and through his counsel, Lynch, Hopper, Salzano & Smith, LLP, and hereby stipulate as follows:

1. This action was commenced by the filing of a complaint on October 13, 2015.

2. The time to respond has not expired.

3. Plaintiff has informed VWGoA that he intends to file an amended complaint and that it is not necessary for VWGoA to respond to the current complaint.

018090\0006\13783180.2                    1

WHEREFORE, the parties hereby stipulate and respectfully request that the Court enter an Order extending the time for VWGoA to answer of otherwise respond to the Complaint to permit Plaintiff time to file an Amended Complaint.

Dated: November 9, 2015                               Dated: November 9, 2015

 /s/ Jeffrey S. Rugg                                  /s/  Charles "Dee" Hopper
JEFFREY S. RUGG, ESQ.                                 Charles "Dee" Hopper, Esq. (NV Bar No. 6346)
Nevada Bar No. 10978                                  Sergio Salzano, Esq. (NV Bar No. 6482)
Brownstein Hyatt Farber Schreck, LLP                  LYNCH, HOPPER, SALZANO & SMITH, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614                          1640 Alta Drive, Ste. 11
                                                      Las Vegas NV 89106
*Attorneys for Defendant Volkswagen Group
of America, Inc., A New Jersey Corporation*           *Attorneys for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO.:    2:15-cv-01980-JCM-VCF

DATE:        November 9, 2015

Submitted by:                                         IT IS FURTHER ORDERED that the
                                                      Amended Complaint must be filed
  /s/ Jeffrey S. Rugg                                 by November 23, 2015.
JEFFREY S. RUGG, ESQ.
Nevada Bar No. 10978
Brownstein Hyatt Farber Schreck, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Fax:  (702) 382-8135
Email:  jrugg@bhfs.com

*Attorneys for Defendant Volkswagen Group of America, Inc.*

018090\0006\13783180.2                  2